IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN CLINTON THORNTON,

      Appellant,

v.

CARRIE BRYANT THORNTON,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5741

Opinion filed June 13, 2016.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

Kristin Adamson, Tallahassee, for Appellant.

Jerome M. Novey, Shannon L. Novey, and Christin F. Gonzalez of Novey Law,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

RAY, MAKAR, JJ., and DAVIS, WILLIAM, E., ASSOCIATE JUDGE,
CONCUR.